UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MISC. NO. 3:11-mc-165

| | |
|---|---|
| IN RE: ) ) ) EXTENSION OF JURY SUMMONS FOR ) OCTOBER 2011 CRIMINAL TRIAL ) TERM BEFORE THE HONORABLE ) ROBERT J. CONRAD, JR. ) ) | ORDER |

  Pursuant to this Court's inherent authority to manage the scheduling of trial and control the disposition of its cases and the All Writs Act, 28 U.S.C. § 1651, it is hereby ORDERED that the term contained in the Jury Summons for Jury Pool Number 301111001, issued October 4, 2011, shall be EXTENDED through November 4, 2011. All prospective jurors in this pool shall remain under Summons for that period.

  IT IS SO ORDERED.

            Signed: October 25, 2011

            Robert J. Conrad, Jr.
            Chief United States District Judge